# Court of Appeals
# of the State of Georgia

ATLANTA,  June 26, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0472. IN THE INTEREST OF D. L. et al., CHILDREN.**

On April 26, 2017, the juvenile court entered an order finding D. L., Z. S., and M. S. dependent. The parents filed an application for discretionary appeal on May 30, 2017. We lack jurisdiction.

Even if the order was subject to direct appeal, the parents' application is untimely. See OCGA § 5-6-35 (j) (we will grant an otherwise timely application for discretionary appeal if the trial court's order is subject to direct appeal); *In the Interest of J. P.*, 267 Ga. 492, 492-493 (480 SE2d 8) (1997) (deprivation/dependency cases do not fall within the purview of OCGA § 5-6-35 (a) (2) and therefore are directly appealable). To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-35 (d).  Here, the parents filed their application 34 days after entry of the trial court order. The requirements of OCGA § 5-6-35 are jurisdictional, and we cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App.

734, 734 (380 SE2d 57) (1989). Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  06/26/2017
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*